Daniel Steinberg (OSB # 99369)
**GREENE & MARKLEY, P.C.**
1515 SW Fifth Ave., Suite 600
Portland, OR 97201
Telephone: 503-295-2668
Email: Daniel.steinberg@greenemarkley.com

Michael A. Gehret (OSB # 125496)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: 801-257-1900
Facsimile: 801-257-1800
Email: mgehret@swlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MULTIBANK 2009-1 RES-ADC VENTURE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PINECREST AT NESKOWIN, LLC, et al.,<br><br>Defendant,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILVER FALLS BANK,<br><br>Counterclaim Defendant. | Case No. 3:11-cv-853-BR<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS** |

The Stipulation and Joint Motion to Dismiss (the "**Motion**") filed herein by Plaintiff Multibank 2009-1 RES-ADC Venture, LLC ("**Multibank**" or "**Plaintiff**"), Defendants Pinecrest at Neskowin, LLC ("**Pinecrest**"), Michael D. Freeman, Melanie S. Freeman, and Unit Owners

Page 1 – [PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS

17841839

Association of Pinecrest ("**Defendants**"), and Counterclaim Defendant Federal Deposit Insurance Corporation as Receiver for Silver Falls Bank ("**FDIC-Receiver**") (collectively the "**Parties**"), is presently before the Court. The Court having considered the Stipulation and Joint Motion to Dismiss, the file herein, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is hereby GRANTED;

IT IS HEREBY FURTHER ORDERED that all claims asserted by, between and among Plaintiff and Defendants in the above-captioned action are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this 9th day of September, 2013.

BY THE COURT:

_____
Judge Anna J. Brown
United States District Judge

Page 2 – [PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS

17841839