IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MULTIBANK 2009-1 RES-ADC VENTURE, LLC,

        Plaintiff,

v.

PINECREST AT NESKOWIN, LLC; MICHAEL D. FREEMAN, MELANIE S. FREEMAN; UNIT OWNERS ASSOCIATION OF PINECREST,

        Defendants,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

        Counterclaim Defendant.

3:11-CV-00853-BR

**JUDGMENT OF DISMISSAL**

Based upon the Order Granting Stipulation and Joint Motion to Dismiss (#141), this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

Dated this 10th day of August, 2013.

        *Anna J. Brown*
        ANNA J. BROWN
        United States District Judge