IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MULTIBANK 2009-1 RES-ADC VENTURE, LLC, | 3:11-CV-00853-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PINECREST AT NESKOWIN, LLC; MICHAEL D. FREEMAN, MELANIE S. FREEMAN; UNIT OWNERS ASSOCIATION OF PINECREST, | |
| Defendants, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Counterclaim Defendant. | |

Based upon the Order Granting Stipulation and Joint Motion to Dismiss (#141), this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

Dated this 10th day of August, 2013.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL